IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| Plaintiff Address: Federal Insurance Co., et al. | Case Number: 1:12-mc-00030 |
|---|---|
| VERSUS | **EXECUTION** (Rule 69, F.R.Cv.P. and G.1-313(1); GS.1C, Art. 16) |
| Defendant Address: Hezbollah | Defendant Address |

TO THE UNITED STATES MARSHAL:
By the terms of a judgment rendered in favor of _Federal Insurance Co., et al._

against, _Hezbollah_ the following sums are now due:

| Principal | Interest to date | Court Costs | Other | Total: |
|---|---|---|---|---|
| $9,351,247,965.99 | 0 | $ 0 | 0 | $9,351,247,965.99 |

For the United States Marshal's fees (see 28 U.S.C. § 1921) - $ _0_. Post-Judgment interest is computed on the principal at the legal rate from the date shown below:

| Date from which interest due: | Legal rate of interest: 0 | Date Judgment entered on docket: 5/14/2012 |
|---|---|---|

You are commanded to satisfy the judgment

☐ By demanding payment from the defendant

☐ Out of the personal property of the defendant, and if sufficient property cannot be found, then out of the real property belonging to the defendant on the day the judgment was entered on the docket of this Court as shown above or any time after that date.

☐ Except as to property set off as exempt (a list of which is attached) out of the personal property of the defendant within your district, and if sufficient personal property cannot be found, then out of real property belonging to the defendant on the day the judgment was docketed in this court as shown above or any time after that date.

☒ Out of the property listed below which is excepted by law from the exemptions:

Description of property excepted from exemptions (if applicable) Wachovia Bank (Wells Fargo Bank) 100 North Main St., Winston Salem NC 27191m including in particular: Account #xxxxxxxx2616, held in the name of Cary Auto Sale, Inc.

Additional order for satisfying judgment

Date Issued: May 17, 2012

Signature: /s/ John S. Brubaker

☒ Clerk, U.S. District Court
☐ Deputy Clerk

This writ must be returned within 90 days after the date of issue.

MDNC (2/10)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| Plaintiff Address: Federal Insurance Co., et al. | Case Number: 1:12-mc-00030 |
|---|---|
| VERSUS | **EXECUTION** (Rule 69, F.R.Cv.P. and G.1-313(1); GS.1C, Art. 16) |
| Defendant Address: Hezbollah | Defendant Address |

TO THE UNITED STATES MARSHAL:
By the terms of a judgment rendered in favor of __Federal Insurance Co., et al.__

against, __Hezbollah__ the following sums are now due:

| Principal | Interest to date | Court Costs | Other | Total: |
|---|---|---|---|---|
| $9,351,247,965.99 | 0 | $ 0 | 0 | $9,351,247,965.99 |

For the United States Marshal's fees (see 28 U.S.C. § 1921) - $ __0__. Post-Judgment interest is computed on the principal at the legal rate from the date shown below:

| Date from which interest due: | Legal rate of interest: 0 | Date Judgment entered on docket: 5/14/2012 |
|---|---|---|

You are commanded to satisfy the judgment

☐ By demanding payment from the defendant

☐ Out of the personal property of the defendant, and if sufficient property cannot be found, then out of the real property belonging to the defendant on the day the judgment was entered on the docket of this Court as shown above or any time after that date.

☐ Except as to property set off as exempt (a list of which is attached) out of the personal property of the defendant within your district, and if sufficient personal property cannot be found, then out of real property belonging to the defendant on the day the judgment was docketed in this court as shown above or any time after that date.

☒ Out of the property listed below which is excepted by law from the exemptions:

Description of property excepted from exemptions (if applicable) Wachovia Bank (Wells Fargo Bank) 100 North Main St., Winston Salem NC 27191m including in particular: ~~Account #xxxxxxxxx0650, held in the name of Mid-Overseas, Inc. d/b/a~~

Additional order for satisfying judgment

Car, UZD

Date Issued: May 17, 2012

This writ must be returned within 90 days after the date of issue.

Signature: /s/ John S. Brubaker

☒ Clerk, U.S. District Court
☐ Deputy Clerk

MDNC (2/10)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| Plaintiff Address: Federal Insurance Co., et al. | Case Number: 1:12-mc-00030 |
|---|---|
| VERSUS | EXECUTION (Rule 69, F.R.Cv.P. and G.1-313(1); GS.1C, Art. 16) |
| Defendant Address: Hezbollah | Defendant Address |

TO THE UNITED STATES MARSHAL:
By the terms of a judgment rendered in favor of __Federal Insurance Co., et al.__

against, __Hezbollah__ the following sums are now due:

| Principal | Interest to date | Court Costs | Other | Total: |
|---|---|---|---|---|
| $9,351,247,965.99 | 0 | $ 0 | 0 | $9,351,247,965.99 |

For the United States Marshal's fees (see 28 U.S.C. § 1921) - $ __0__. Post-Judgment interest is computed on the principal at the legal rate from the date shown below:

| Date from which interest due: | Legal rate of interest: | Date Judgment entered on docket: |
|---|---|---|
| | 0 | 5/14/2012 |

You are commanded to satisfy the judgment

☐ By demanding payment from the defendant

☐ Out of the personal property of the defendant, and if sufficient property cannot be found, then out of the real property belonging to the defendant on the day the judgment was entered on the docket of this Court as shown above or any time after that date.

☐ Except as to property set off as exempt (a list of which is attached) out of the personal property of the defendant within your district, and if sufficient personal property cannot be found, then out of real property belonging to the defendant on the day the judgment was docketed in this court as shown above or any time after that date.

☒ Out of the property listed below which is excepted by law from the exemptions:

Description of property excepted from exemptions (if applicable) Wachovia Bank (Wells Fargo Bank) 100 North Main St., Winston Salem NC 27191m including in particular: Account #xxxxxxxxx7470, held in the name of Safari Enterprises, LLC

Additional order for satisfying judgment

Date Issued: May 17, 2012

This writ must be returned within 90 days after the date of issue.

Signature: /s/ John S. Brubaker
☒ Clerk, U.S. District Court
☐ Deputy Clerk

MDNC (2/10)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| Plaintiff Address: Federal Insurance Co., et al. | Case Number: 1:12-mc-00030 |
|---|---|
| VERSUS | **EXECUTION** (Rule 69, F.R.Cv.P. and G.1-313(1); GS.1C, Art. 16) |
| Defendant Address: Hezbollah | Defendant Address: |

TO THE UNITED STATES MARSHAL:
By the terms of a judgment rendered in favor of __Federal Insurance Co., et al.__

against, __Hezbollah__ the following sums are now due:

| Principal | Interest to date | Court Costs | Other | Total: |
|---|---|---|---|---|
| $9,351,247,965.99 | 0 | $ 0 | 0 | $9,351,247,965.99 |

For the United States Marshal's fees (see 28 U.S.C. § 1921) - $ __0__. Post-Judgment interest is computed on the principal at the legal rate from the date shown below:

| Date from which interest due: | Legal rate of interest: 0 | Date Judgment entered on docket: 5/14/2012 |
|---|---|---|

You are commanded to satisfy the judgment

☐ By demanding payment from the defendant

☐ Out of the personal property of the defendant, and if sufficient property cannot be found, then out of the real property belonging to the defendant on the day the judgment was entered on the docket of this Court as shown above or any time after that date.

☐ Except as to property set off as exempt (a list of which is attached) out of the personal property of the defendant within your district, and if sufficient personal property cannot be found, then out of real property belonging to the defendant on the day the judgment was docketed in this court as shown above or any time after that date.

☒ Out of the property listed below which is excepted by law from the exemptions:

Description of property excepted from exemptions (if applicable) Wachovia Bank (Wells Fargo Bank) 100 North Main St., Winston Salem NC 27191m including in particular: Account #xxxxxxxx8944 held in the name of Sahari Motors

Additional order for satisfying judgment

Date Issued: May 17, 2012

This writ must be returned within 90 days after the date of issue.

Signature: /s/ John S. Brubaker

☒ Clerk, U.S. District Court
☐ Deputy Clerk

MDNC (2/10)